UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BEACHBODY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VESELL LLC, et al.,<br><br>    Defendants. | Case No.: 2:19-cv-08004 PA (PLAx)<br><br>**PERMANENT INJUNCTION AGAINST DEFENDANT VESELL LLC AND DISMISSAL, WITH PREJUDICE**<br><br>**Judge:** Hon. Percy Anderson |

Pursuant to the Stipulation for Entry of Permanent Injunction by and between Plaintiff Beachbody, LLC ("Plaintiff") and Defendant VeSell, LLC ("Defendant"), the Court hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against Defendant in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Defendant and any person or entity acting at its direction, is hereby restrained and enjoined pursuant to 17 United States Code ("U.S.C.") §502 and 15 U.S.C. §1116(a), from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following unauthorized activities in the United States and throughout the world:

   A. copying, manufacturing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's BEACHBODY®, P90X3® and/or INSANITY® trademarks and copyrights, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's BEACHBODY®, P90X3® and/or INSANITY® trademarks and copyrights, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

   B. performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's BEACHBODY®, P90X3® and/or INSANITY® trademarks and copyrights, and/or Plaintiff's business reputation or goodwill;

   C. engaging in any acts of federal and/or state trademark and/or copyright infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure Plaintiff; and/or

   D. using any Internet domain name or website that includes any of Plaintiff's Trademarks and Copyrights, including the BEACHBODY®, P90X3® and/or INSANITY® marks or works.

2. **ENTRY AND SERVICE.** The Court finds there is no just reason for delay in entering this Permanent Injunction against Defendant, and, pursuant to

Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Permanent Injunction against Defendant. This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

3. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal.

4. **NO FEES AND COSTS.** Plaintiff and Defendant shall bear its/his own attorneys' fees and costs incurred in this matter.

5. **RETENTION OF JURISDICTION.** The Court hereby acknowledges that the parties have stipulated to the dismissal of Defendant, with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby dismisses the action, with Prejudice, as to Defendant.

IT IS SO ORDERED, ADJUDICATED and DECREED this 21st day of October, 2019.

_____
PERCY ANDERSON
United States District Judge